IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| ELMO ANTONIO GEORGE, )<br>#63238-019, )<br>  )<br>  Petitioner, )<br>  )<br>v. )<br>  )<br>DENNIS W. STAMPER, )<br>  )<br>  Respondent. ) | CASE NO. 2:14-CV-688-WKW<br>[WO] |

## **ORDER**

On August 4, 2014, the Magistrate Judge filed a Recommendation (Doc. # 4), to which Petitioner filed a timely objection (Doc. #5). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made. *See* 28 U.S.C. § 636(b).

Accordingly, it is ORDERED as follows:

1. Petitioner's objection (Doc. # 5) is OVERRULED.

2. The Recommendation (Doc. # 4) is ADOPTED.

3. The petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED without prejudice as Petitioner has not demonstrated his entitlement to proceed under that section and this court lacks jurisdiction to hear a challenge to Petitioner's conviction and sentence under 28 U.S.C. § 2255.

DONE this 2nd day of September, 2014.

                                     /s/ W. Keith Watkins
                           CHIEF UNITED STATES DISTRICT JUDGE